IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN and TERI CURATOLO, MICHAEL MAZZA, LINDA KREHLIK and ROBERT JOHNSON, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) CIVIL ACTION NO. 3:13-CV-00865<br>) |
| Plaintiffs, | ) District Judge Aleta A. Trauger |
| v. | )<br>) |
| ATLAS ROOFING CORPORATION, | )<br>) |
| Defendant. | ) |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs, John and Teri Curatolo, Michael Mazza, Linda Krehlik and Robert Johnson ("Plaintiffs") and Defendant, Atlas Roofing Corporation ("Atlas") (collectively, the "Parties"), respectfully submit this Joint Motion to Stay Proceedings; and in support thereof, state as follows:

1. Plaintiffs filed their class action Complaint against Atlas on August 28, 2013 (Doc. No. 1).

2. On behalf of all putative class members in the state of Tennessee, the Complaint asserts claims against Atlas in connection with the Chalet asphalt roofing Shingles, applied to the roofs of structures owned by members of the putative class.

3. The deadline for Atlas to file its answer to Plaintiffs' Complaint is currently October 28, 2013.

4. Similar state wide class action suits have been filed against Atlas in five (5) other states in connection with its Chalet asphalt roofing Shingles, for a total of six (6) cases that are